The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DREW THOMPSON, ) | Case No.  C07-549RAJ |
| )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| MR. FLEMING, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court, having reviewed plaintiff's amended complaint in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's amended complaint (Dkt. # 14) is DISMISSED without prejudice.

(3)    The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of January, 2008.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1